### HOCHSTEIN et al. v. VANDERVEER CROSSINGS, Inc.

(Supreme Court, Appellate Division, First Department. April 12, 1912.)

Appeal from Trial Term, New York County.

Action by Louis Hochstein and another against the Vanderveer Crossings, Incorporated. From a judgment for plaintiffs entered on a verdict, and from an order denying a new trial, defendant appeals. Reversed, and new trial ordered.

Argued before INGRAHAM, P. J., and McLAUGHLIN, CLARKE, SCOTT, and DOWLING, JJ.

Charles C. Clark, of New York City, for appellant.
Abr. A. Silberberg, of New York City, for respondent Hochstein.
Julius G. Kremer, of New York City, for respondent Feldman.

McLAUGHLIN, J.   The question presented on this appeal is similar to the one presented in action No. 1 between the same parties (134 N. Y. Supp. 950) decided herewith, and, for the reasons given in the opinion in that case, the judgment and order here appealed from are reversed, and a new trial ordered, with costs to appellant to abide event. All concur.